# NO. 12-14-00358-CR
# NO. 12-14-00359-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *FLOYD WOODS,*<br>*APPELLANT* | § | *APPEAL FROM THE 241ST* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *SMITH COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant, who is appearing *pro se* in these appeals, has filed a notice in this court that he no longer wants to pursue the appeals. No decision has been delivered in either appeal. Accordingly, we construe Appellant's notice as a motion to dismiss the appeals, **grant** the motion, and **dismiss** the appeals. *See* TEX. R. APP. P. 42.2(a).

Opinion delivered January 14, 2015.
*Panel consisted of Worthen, C.J. and Hoyle, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JANUARY 14, 2015**

**NO. 12-14-00358-CR**
**NO. 12-14-00359-CR**

**FLOYD WOODS,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeals from the 241st District Court

of Smith County, Texas (Tr.Ct.Nos. 241-1073-14; 241-1074-14 )

THESE CAUSES came on to be heard on the motion of the Appellant to dismiss the appeals herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeals be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J. and Hoyle, J.*